Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
         service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br>     vs.<br><br>JESUS MARQUEZ dba TAQUERIA LOS PRIMOS, et al.,<br><br>          Defendants. | No. 3:23-cv-00737-AGT<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendants, Jesus Marquez dba Taqueria Los Primos, Ramon Marquez dba Taqueria Los Primos, Olga Marquez dba Taqueria Los Primos, and Stephen J. Stanich, individually and as Trustee under that certain Stephen J. Stanich Trust Agreement dated August 12, 2022 (collectively "Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: December 5, 2023                MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Jose Trujillo

Dated: December 5, 2023          LAW OFFICES OF RICHARD A. MAC BRIDE

                                 */s/ Richard Mac Bride*
                                 Richard Mac Bride
                                 Attorney for Defendants,
                                 Jesus Marquez dba Taqueria Los Primos, Ramon
                                 Marquez dba Taqueria Los Primos, Olga Marquez
                                 dba Taqueria Los Primos

Dated: December 5, 2023          CLARK HILL LLP

                                 */s/ Michael K. Tcheng*
                                 Michael K. Tcheng
                                 Attorneys for Defendant,
                                 Stephen J. Stanich, individually and as Trustee
                                 under that certain Stephen J. Stanich Trust
                                 Agreement dated August 12, 2022

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorney for Plaintiff,
                                 Jose Trujillo